HOPE STRONG v. CITY OF WINTER PARK.

157 So. 927.
Division B.
Opinion Filed November 14, 1934.

George P. Garrett, for Plaintiff in Error;

W. E. Winderweedle and Jones & White, for Defendant in Error.

PER CURIAM.—This cause was submitted upon the transcript and briefs, and oral argument was also accorded. After due consideration, we find no material or prejudicial

error in the record, and the judgment of the trial court is accordingly affirmed.

WHITFIELD, P. J., and BROWN, and BUFORD, J. J., concur.

ELLIS, J., concurs in the opinion and judgment.

TERRELL, J., dissents.

DAVIS, C. J., not participating.